KATHERINE L. HENDERSON, State Bar No. 242676
DYLAN G. SAVAGE, State Bar No. 310452
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market Street
Spear Tower, Suite 3300
San Francisco, CA 94105
Telephone: (415) 947-2000
Facsimile: (866) 974-7329
Email:    khenderson@wsgr.com
          dsavage@wsgr.com

*Attorneys for Defendants
and Nominal Defendant*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE SUNPOWER CORPOATION SHAREHOLDER DERIVATIVE LITIGATION | Lead Case No. 3:24-cv-00247-RFL |
|---|---|
| | (Consolidated with Case No. 3:24-cv-00302-RFL) |
| This Document Relates To:<br><br>*Beall v. Faricy et al.*,<br>Case No. 3:24-cv-00302-RFL | **STIPULATION AND [PROPOSED] ORDER VACATING CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES** |

Plaintiff Ashley Beall ("Plaintiff"), individual defendants Peter Faricy, Nathaniel Anschuetz, Jonathan Bram, Jonathan Fieldsend, Vinayak Hegde, Audrey Zibelman, Steven Louden, Nathalie Portes-Laville, Vincent Stoquart, Guthrie Dundas, and Elizabeth Eby (the "Individual Defendants"), and nominal defendant SunPower Corporation ("SunPower," and together with the Individual Defendants, the "Defendants"), by and through their undersigned counsel, hereby stipulate as follows:

WHEREAS, in February 2024, Plaintiff and Defendants (together, the "Parties") stipulated to and the Court ordered the consolidation of this case (the "*Beall* Action") with the substantially similar derivative action, *Ma v. Faricy*, *et al.*, Case No. 3:24-cv-00247-RLF (the "*Ma* Action") (together, the "Consolidated Action"), and to the appointment of lead counsel in the Consolidated Action (*Ma* Action ECF Nos. 12, 13);

WHEREAS, in March 2024, the Parties stipulated to and the Court ordered that the Consolidated Action is stayed pending the Court's rulings on any motion(s) to dismiss in the related securities class action captioned *In re SunPower Corporation Securities Litigation*, Case No. 3:23-cv-05544-RFL (*Ma* Action ECF Nos. 15, 16);

WHEREAS, the stay and order stipulation for the Consolidated Action specifies that "All proceedings and deadlines in this matter, including Defendants' response to any complaint in the Consolidated Action ***and any Case Management Conference and related deadlines***" shall be so stayed, and "No Case Management Conference or related deadlines shall be set while the stay remains in place" (*see* Savage Decl., Ex. A, filed herewith);

WHEREAS, on April 15, 2024, the Court entered an order in this case setting an April 24, 2024 deadline for a Case Management Statement and a May 1, 2024 Initial Case Management Conference (*Beall* ECF No. 13);

WHEREAS, in light of the previous consolidation of this case into the *Ma* Action and the stay of the Consolidated Action, the Parties request that the Case Management Statement and Case Management Conference deadlines be vacated, in the interests of efficiency and in order to avoid duplicative or unproductive efforts;

STIPULATION AND [PROPOSED] ORDER            -1-            LEAD CASE NO. 3:24-cv-00247-RFL
                                                            CASE NO. 3:24-cv-00302-RFL

NOW, THEREFORE, IT IS HEREBY STIPULATED, by and between the undersigned, subject to Court approval, as follows:

1. The Case Management Conference set for May 1, 2024 at 10:00 a.m. and all associated deadlines are vacated and shall not be reset in the *Beall* Action.

2. By entering into this stipulation, the Parties reserve all of their respective rights, claims, and defenses in this action and no part of this stipulation shall be construed as a waiver of any rights, claims, or defenses.

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated: April 22, 2024                THE BROWN LAW FIRM, P.C.

By: */s/ Robert C. Moest*
Robert C. Moest, Of Counsel, SBN 62166
2530 Wilshire Boulevard, Second Floor
Santa Monica, CA 90403
Telephone: (310) 915-6628
Email: RMoest@aol.com

Timothy Brown
767 Third Avenue, Suite 2501
New York, NY 10017
Telephone: (516) 922-5427
Email: tbrown@thebrownlawfirm.net

*Counsel for Jianping Ma and*
*Co-Lead Counsel for Plaintiffs*

RIGRODSKY LAW, P.A.
Timothy J. MacFall
Vincent A. Licata
825 East Gate Boulevard, Suite 300
Garden City, NY 11530
Telephone: (516) 683-3516
Email:   tjm@rl-legal.com
             vl@rl-legal.com

*Counsel for Plaintiff Ashley Beall and*
*Co-Lead Counsel for Plaintiffs*

| | |
|---|---|
| Dated: April 22, 2024 | WILSON SONSINI GOODRICH & ROSATI, P.C. |
| | By: */s/ Dylan G. Savage* |
| | Katherine L. Henderson |
| | Dylan G. Savage |
| | One Market Street |
| | Spear Tower, Suite 3300 |
| | San Francisco, California 94105 |
| | Telephone: (415) 947-2000 |
| | Facsimile: (866) 974-7329 |
| | Email: khenderson@wsgr.com |
| | dsavage@wsgr.com |
| | *Attorneys for Defendants and Nominal Defendant* |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: April 23, 2024

_____
THE HONORABLE RITA F. LIN
UNITED STATES DISTRICT COURT JUDGE

STIPULATION AND [PROPOSED] ORDER     -3-     LEAD CASE NO. 3:24-cv-00247-RFL
CASE NO. 3:24-cv-00302-RFL

**ATTESTATION PURSUANT TO LOCAL RULE 5-1(i)**

I, Dylan G. Savage, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Vacating Case Management Conference and Related Deadlines. In compliance with Civil L.R. 5-1(i), I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.

                                  /s/ Dylan G. Savage
                                  Dylan G. Savage